IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3089 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JECONIAH TOLENTINO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   At the request of the defendant through his counsel, and with the agreement of the government, the defendant may be absent from the hearing on the Rule 35 motion;

(2)   The Marshal is directed not to return the defendant to the district; and

(3)   The defendant is held to have waived his right to be present.

October 5, 2005.                             BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge